## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| Michael Milburn, *individually and on behalf of all others similarly situated*, | |
| Plaintiff, | Civil Action No.: 3:15-cv-00123 |
| v. | |
| Humana Pharmacy Solutions, Inc. d/b/a Rightsource | |
| Defendant. | |

### MOTION TO STAY RULING ON CLASS CERTIFICATION

Plaintiff, Michael Milburn, individually and on behalf of others similarly situated, by his counsel, respectfully moves this Court to stay ruling on Plaintiff's Motion for Class Certification pursuant to Fed. R. Civ. P. 23(a), 23(b)(2) and (b)(3).  In support, Plaintiff states as follows:

1. Plaintiff initiated this action on March 19, 2015.

2. Plaintiff has not yet served his Complaint.

3. The Defendant has not yet responded to Plaintiff's Complaint.

4. In order for the Court to analyze the certification requirements of Rule 23, numerosity, commonality, typicality, adequacy, predominance and superiority of the class action device and whether injunctive relief to the class is appropriate, discovery will be required. *See e.g. Damasco v. Clearwire Corp.*, 662 F.3d 891, 896 (7th Cir. 2011) ("A simple solution to the buy-off problem that Damasco identifies is available, and it does not require us to forge a new rule that runs afoul of Article III: Class-action plaintiffs can move to certify the class at the same time that they file their complaint.").

WHEREFORE, Plaintiff respectfully requests that the Court defer ruling on his certification motion until the Parties have completed discovery.

Dated: March 19, 2015

        Respectfully submitted,

By: /s/ Amy L. Cueller
Amy L. Cueller, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 19th day of March, 2015, the foregoing was filed with the Clerk of the Court through the CM/ECF system.

*/s/ Amy L. Cueller*
Amy L. Cueller, Esq.