**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

|  |  |
|---|---|
| Michael Milburn, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Humana Pharmacy Solutions, Inc. d/b/a Rightsource<br><br>Defendant. | Civil Action No.: 3:15-cv-00123-TLS-CAN |

## ORDER

Having reviewed the parties Stipulation to Amend Complaint and Withdraw Motion to Dismiss and for good cause shown, the Court hereby grants the relief requested.

Plaintiff is ordered to file his First Amended Class Action Complaint. Defendant is ordered to file its Answer to the First Amended Class Action Complaint on or before August 26, 2015. Defendant's Motion to Dismiss (Doc. No. 21) is deemed withdrawn.

Dated:   August 7th, 2015                    **SO ORDERED**

                                             s/Christopher A. Nuechterlein
                                             CHRISTOPHER A. NUECHTERLEIN
                                             United States Magistrate Judge